# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL NO. 3:08CV436-1-T
(3:01CR11)

| | |
|---|---|
| TERRY W. STEWART, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | <u>J U D G M E N T</u> |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. § 2255 is **DENIED,** and this matter is hereby **DISMISSED WITH PREJUDICE**.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

2

Signed: November 7, 2008

Lacy H. Thornburg
United States District Judge