# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry W. Stewart,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv436

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/7/08 Order.

Signed: November 17, 2008

Frank G. Johns, Clerk
United States District Court